# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135333 & (7)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JIMMY L. THOMAS,
      Plaintiff,

v

                                    SC: 135333
                                    AGC: 1161/05; 1162/05;
                                    2227/05; 3103/05;
                                    0165/06; 1784/06;
                                    2305/06; 0260/07;
                                    0348/07; 2457/07

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                       _____
s0211                                         Clerk